**ORIGINAL**

AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Souther District of New York

| | | | | |
|---|---|---|---|---|
| United States of America | ) | | | |
| v. | ) | Case No. | 18M5453 | UNA |
| Richard Valentine | ) | | | |
| *Defendant* | ) | | | |

### DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

*Release of Bond.* The court may order this appearance bond ended at anytime. This bond will be satisfied and the security will be released when either: (1) The defendant is found not guilty on all charges, or (2) The defendant reports to serve a sentence.

AO 98 (Rev. 01/09) Defendant's Appearance Bond

$ **100,000** PRB **2** FRP ☐ ROR ☐ Unsecured ✓ Secured $ _____ ☐ Bank Check or ☐ Property

Type of Bond: **Parents**

And ~~Directed~~ Detention    Pretrial Supervision ☐ Drug Testing / treatment as directed ✓ Mental Health Assessment ✓ Home enforced by location monitoring ✓ Surrender all travel documents with no new application.

Travel is restricted to the SDNY & EDNY

**Additional Conditions:**

Home detention enforced by location monitoring (leave for Court, attorney, Pretrial Services, education/employment, medical, and religious) will require permission of Pretrial

Mental Health evaluation and treatment as directed by Pretrial Services — Continue treatment by Dr Hani and any mental health provider

The defendant's to refrain from possession of firearms, destructive devices or other dangerous weapons

Defendant's to remove any firearms from the residence and refrain from residing where firearms are present

Refrain from communication or social media posting with any terrorist organizations, members or affiliates of terrorist organizations. Deft can access internet on his computer not telephone.

The defendant's subject to computer monitoring — German passport to surrender within 24 hrs

Deft to provide urinalysis. If positive Deft may be subjected to Drug testing as directed by Pretrial

**Defendant's Agreement**

I, **Richard Valentine** (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(X) to appear for court proceedings;
(X) if convicted, to surrender to serve a sentence that the court may impose; or
(X) to comply with all conditions set forth in the Order Setting Conditions of Release.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 7/5/2018

X _____ *Defendant's signature*

Defendant's address and telephone number: 9 High St. Cold Spring NY 10516
(845) 809-5388

_Richard M. Valentine_
Surety/ Property Owner - printed name

9 High St., Cold Spring, NY (845) 809-5388
Surety/ Property Owner - signature and date

_____
Surety/ Property Owner - printed name

9 High St. Cold Spring, NY, 845-809-5388
Surety/ Property Owner - signature and date

_____
Surety/ Property Owner - printed name

_____
Surety/ Property Owner - signature and date

_____
Surety/ Property Owner - printed name

_____
Surety/ Property Owner - signature and date

Sworn and signed before me.

Date: 7/5/2018

Approved.
Date: 7/5/2018

CLERK OF COURT

Frank Cangelosi
Signature of Clerk or Deputy Clerk

_____
Judge's signature

AO 199C (Rev. 09/08) Advice of Penalties                                   Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Richard Valentine                    18M5453                    UNA

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ /s/ Richard Valentine _____
*Defendant's Signature*

Cold Spring, New York
*City and State*  (845)803-5388

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  7/5/2018                            LMS
                                           *Judicial Officer's Signature*

                                           Lisa Margaret Smith, USMJ
                                           *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL