```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :       INFORMATION
           - v. -                :
                                 :       19 Cr. 168 (NSR)
                                 :
RICHARD M. VALENTINE, JR.,       :
     a/k/a "Ricky Valentine,"    :
                                 :
           Defendant.            :
- - - - - - - - - - - - - - - - x
```

**ORIGINAL**

COUNT ONE

(False Statement During Purchase of a Firearm)

The United States Attorney charges:

1. On or about June 2, 2018, in the Southern District of New York, RICHARD M. VALENTINE, JR., a/k/a "Ricky Valentine," the defendant, in connection with the acquisition and attempted acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious oral and written statements, which statements were intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale and other disposition of such firearm, to wit, VALENTINE knowingly made a false statement on an ATF Form 4473 in connection with his attempted purchase of an Advanced

Armament .300 Blackout rifle from a federally licensed firearms dealer in Dutchess County, New York.

(Title 18, United States Code, Section 922(a)(6).)

## COUNT TWO

(False Statement in Firearm Filing)

The United States Attorney further charges:

2. On or about June 2, 2018, in the Southern District of New York, RICHARD M. VALENTINE, JR., a/k/a "Ricky Valentine," the defendant, knowingly made a false statement and representation to a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, with respect to information required by Chapter 44 of Title 18, United States Code, to be kept in the records of such firearms dealer, to wit, VALENTINE knowingly made a false statement on an ATF Form 4473 in connection with his attempted purchase of an Advanced Armament .300 Blackout rifle from a federally licensed firearms dealer in Dutchess County, New York.

(Title 18, United States Code, Section 924(a)(1)(A).)

*Geoffry S. Berman*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD M. VALENTINE,
a/k/a "Ricky Valentine,"

Defendant.

**INFORMATION**

19 Cr. 168 (NSR)

(18 U.S.C. §§ 922(a)(6) &
924(a)(1)(A).)

GEOFFREY S. BERMAN
United States Attorney.