Docket in case As: **Application for Early Termination of Supervised Release**
Date: 4 /28 /2021

**ALL SUPPORTING ATTACHMENTS FILED UNDER SEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/29/2021__

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE
### Early Termination Application

Name _Richard M. Valentine Jr._

Attorney _Christopher Maher_ Phone number _845-228-5100_

Judge _Hon. Nelson Román_

Start of Supervision Click here to enter a date. _September 18, 2019_

Maximum Expiration Date Click here to enter a date. _September 18, 2021_

### Reason for Early Termination Request

☐ Medical   ☐ Relocation   ☑ Exemplary Behavior   ☐ Interest of Justice

☐ Other _____

Please explain why you are deserving of an Early Termination. You can attach your response or write in the space below.

_Please view supporting documentation._

*In order to support your request for an early termination, we encourage you to submit supporting documentation, such as reference letters, medical records, or any documents that support your reasons for your request.*

Revised 1/2017



# SDNY
# Early Termination Assessment Checklist
*(For official use only)*

NAME_____     PACTS#: _____

ONE YEAR COMPLETED ☐

PCRA: _____

RPI: _____

*The Judicial Conference has endorsed nine non-binding criteria for assessing whether a releasee who satisfies the minimal statutory factors should be recommended for early termination.*

☐(1) stable community reintegration (*e.g.,* residence, family, employment)

☐(2) progressive strides toward supervision objectives and in compliance with all conditions of supervision

☐(3) no aggravated role in the offense of conviction, particularly large drug or fraud offenses

☐(4) no history of violence

☐(5) no recent arrests or convictions

☐(6) no recent evidence of alcohol or drug abuse

☐(7) no recent psychiatric episodes

☐(8) no identifiable risk to the safety of any identifiable victim

☐(9) no identifiable risk to public safety

*Revised 4 2017*

Richard Michael Valentine Jr.

9 High Street

Cold Spring, NY, 10516

Current Date March 23, 2021

**Personal Testimony for Early Termination Request**

*Dear Honorable Judge Nelson Román,*

  Before I begin to explain why it would be beneficial that I am released early from Supervision, I would like to thank you for deciding to place me under Supervised Release, rather than into prison. The time that I have spent under Supervised Release, has provided me with ample opportunity to reflect on my actions in the past and what I want to do with my future. There truly are no words that could describe my gratitude for your decision. In the following paragraphs, I will explain how I have been compliant with the terms and conditions of the Supervised Release, with my therapist and my psychiatrist and also with the Laws of this land. After, I will explain what I have learned from being placed on Supervised Release and will highlight a few of my accomplishments during this time. Finally, I will provide you with my personal reasoning for which I believe I should be released.

  As of writing, it has been approximately 1.5 years since I had been placed under Supervised Release. During this time, I have followed the instructions of my Probation Officer,

and have allowed him to enter and to search upon request. I have been completely communicative with him throughout the process. I have not used any illegal drugs, which my Probation Officer, Mr. Hillel Greene, can verify. I have not committed any crimes or have been involved in any criminal activity. Moreover, I have been studying Business Management and Administration at Mount Saint Mary College with an anticipated date of graduation in May of this year (which I will write more about later in this letter). Furthermore, I have been compliant with the orders of my psychiatrist (Dr. Mary Spitaletta) and therapist (Miriam Surval L.C.S.W.) I have attended the required office visits and have taken my medications as prescribed. To this day I still undergo regular treatment, however, my condition has improved extraordinarily, which both my psychiatrist and therapist can confirm.

In terms of recuperation and accomplishments, I have completed three semesters at Mount Saint Mary College and have been awarded the highest of academic honors, having been placed on the Dean's List each semester that I had attended the college. In the Fall Semester of 2019, I had attained a GPA of 4.0, in the Spring of 2020 a 3.866, and the Fall of 2020 a 3.934. I have taken five courses each semester and I fully anticipate graduating in May of 2021. I am also talking to the graduate admissions counselor and my academic advisor about possible admission into the College's MBA program. Further, I have completed a 75-hour New York State Real Estate Salesperson Pre-licensing Course (via Real Estate Express) and have passed the required testing. All the supporting documentation will be attached to this application. I have outlined my complete compliance to the terms of the Supervised Release, as well as my accomplishments during this time, and now I will explain why it would be beneficial that I am released.

After having spent considerable time under Supervised Release, I have come to recognize the seriousness of my actions and my illness at that time. I sincerely regret what I did, what I

said, and how I acted. <u>And I take full responsibility</u>. However, I do not regret having been placed under Supervised Release as I understand the reasoning behind it. At this point in my life, I truly believe I have completely regained my facilities and that I am not a threat to anybody. On the day of Formal Sentencing, I remember what you had told me. I have taken your words with great sincerity, and since that time, I have completed courses in Ethics, Philosophy, and Religious Studies. These curricula have helped me learn about the indispensable value of being a force of good in this world. Therefore, to lift this Supervised Release and to allow me to be less restricted will lift a heavy burden that has been placed on my family's shoulders.

Your Honor, if you terminate this Supervised Release, you will allow me to further develop as a decent, trustworthy, ethical, and law-abiding citizen of this great nation. With that said, you have my word, and you have my full respect, and I promise never to disappoint you. Thank you for your time and thank you for your consideration.

Sincerely,

*Richard M. Valentine*

Richard Michael Valentine Jr.