

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2020

<u>Via ECF</u>
The Honorable Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:**   *United States* **v.** *Richard M. Valentine, Jr.*
> **19 Cr. 168 (NSR)**

Dear Judge Roman:

The Government respectfully submits this letter in response to the defendant's April 29, 2021 motion seeking early termination of his three-year term of supervised release, which is set to expire in September 2022. The Government believes that it is appropriate in this instance to defer to the judgment and experience of the United States Probation Office, which has supervised the defendant for approximately the last year and a half. The undersigned Assistant United States Attorney has spoken with Probation Officer Hillel Greene who informs the Government that the Probation Office has no objection to the Court's granting of the defendant's motion. Accordingly, the Government does not oppose the defendant's motion for early termination of his supervised release.

The Government is available to provide additional information or answer any questions the Court may have.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____/S/_____
     Andrew J. DeFilippis
     Assistant United States Attorney
     (212) 637-2231

Cc: Richard M. Valentine, Jr.
     Probation Officer Hillel Greene